| JS-6 | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

CIVIL MINUTES - GENERAL

| Case No.: 21-02122 SB (MRWx) | Date: July 29, 2021 |
|---|---|

Title: *D.G., a minor et al v. United States of America, et al*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Appearing | None Appearing |

**Proceedings:    [In Chambers] ORDER REMANDING CASE**

On June 30, 2021 the Court granted the unopposed request by Plaintiffs' counsel, Everardo Vargas, to withdraw as counsel of record for both Plaintiff D.G. and Plaintiff Maria Farjado.  [Dkt. No. 33](Dkt. No. 33).  Upon permitting withdrawal, the Court dismissed the claims of Plaintiff D.G. without prejudice because he is a minor unable to proceed through an unrepresented guardian ad litem.  The Court noted that, without Plaintiff D.G.'s claim, it appeared to lack subject matter jurisdiction and instructed the parties to meet and confer and submit a filing identifying the basis for jurisdiction by July 12, 2021.  The Court warned that "[o]therwise, the Court will remand this matter."

The parties did not submit a filing. Accordingly, this matter is hereby **REMANDED**.